**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Charles E. Watts,**<br><br>    Plaintiff,<br><br>v.<br><br>**Faslo Solutions, LLC, et al.,**<br><br>    Defendants.<br><br>**Faslo Solutions, LLC, et al.,**<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>**AXZAS Legal Support Providers, LLC, et al.,**<br><br>    Third-Party Defendants. | **No. CV-09-1468-PHX-GMS**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Dkt. # 32) as to all parties and all claims, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action in its entirety with prejudice,

1   each party to bear its own attorneys' fees and costs.
2   DATED this 29th day of January, 2010.

*[signature]*
G. Murray Snow
United States District Judge